UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 2 7 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Joan F. M. Malone, )
)
Plaintiff, )
)
v. ) Civil Action No. **12 0463**
)
U.S. President Barack Obama *et al.*, )
)
Defendants. )
)

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). Under that statute, the Court is required to dismiss a case "at any time" it determines that the complaint is frivolous.

Plaintiff, a District of Columbia resident, sues President Barack Obama and other high-level federal and District of Columbia officials for alleged political corruption, "religious pursecution [sic]," fraud, and "missappropation [sic] of Gov. Fund to Bribe . . . ." Compl. at 1. The complaint consists mostly of unexplained attachments.

A complaint may be dismissed under 28 U.S.C. § 1915(e)(2) as frivolous when, as found here, it describes fantastic or delusional scenarios, or contains "fanciful factual allegation[s]." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Furthermore, a complaint must be dismissed when, as also found here, it is so "patently insubstantial" as to deprive the Court of subject matter jurisdiction. *Tooley v. Napolitano*, 586



F.3d 1006, 1010 (D.C. Cir. 2009); *accord Caldwell v. Kagan*, 777 F. Supp.2d 177, 178 (D.D.C. 2011). A separate Order of dismissal accompanies this Memorandum Opinion.

/s/ _____
United States District Judge

Date: March 14, 2012